UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDUARDO ALVARADO,

                              Plaintiff,

v.                                                                                            **ORDER**

JUAN DE LA CRUZ,                                                      22-CV-06509 (PMH)

                              Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Plaintiff commenced this action on August 1, 2022 against Defendant Juan De la Cruz. (Doc. 1). A summons was issued for Defendant on August 2, 2022, and the summons was returned executed on November 4, 2022. (Doc. 7, 9). Defendant's answer was due on November 18, 2022. (Doc. 9). Defendant never filed an answer and is currently in default. Plaintiff, however, has not yet sought a Clerk's Certificate of Default.

      As there has been no activity on this docket since Defendant's summons was returned executed nearly two months ago, Plaintiff is directed to submit a letter to the Court via ECF concerning the status of this action by January 18, 2023. Failure to do so may result in dismissal of this action pursuant to Federal Rule of Civil Procedure 41(b).

                                                       **SO-ORDERED:**

Dated: White Plains, New York
           January 11, 2023

                                                   _____
                                                   Philip M. Halpern
                                                   United States District Judge