UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
EDUARDO ALVARADO,

                          Plaintiff,

v.                                                              **ORDER**

JUAN DE LA CRUZ,                                    22-CV-06509 (PMH)

                          Defendant.
-----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

Plaintiff commenced this action on August 1, 2022 against Defendant Juan De la Cruz. (Doc. 1). A summons was issued for Defendant on August 2, 2022, and the summons was returned executed on November 4, 2022. (Doc. 7, 9). Plaintiff filed an Amended Complaint on February 8, 2023 with the Court's permission, in order to add an opt-in Plaintiff. (Doc. 17). Defendant did not file an answer or otherwise respond to the Amended Complaint. Plaintiff thereafter obtained a Clerk's Certificate of Default on May 6, 2023. (Doc. 24). Plaintiff filed proof of service of the Clerk's Certificate of Default on Defendant on June 9, 2023. (Doc. 25). There has been no activity on the docket since the filing and service of the Clerk's Certificate of Default.

Plaintiff is directed to comply with this Court's Individual Practices Rule 4(B) by August 2, 2023. Failure to strictly comply with this Court's Individual Practices and this order may result in dismissal of this action in its entirety, without prejudice, for want of prosecution under Federal Rule of Civil Procedure 41(b).

                          **SO-ORDERED:**

Dated:  White Plains, New York
          July 5, 2023

                          _____
                          Philip M. Halpern
                          United States District Judge