# BORRELLI & ASSOCIATES
## P.L.L.C.

www.employmentlawyernewyork.com

| | |
|---|---|
| 655 Third Avenue | 910 Franklin Avenue |
| Suite 1821 | Suite 200 |
| New York, NY 10017 | Garden City, NY 11530 |
| Tel. No. 212.679.5000 | Tel. No. 516.248.5550 |
| Fax No. 212.679.5005 | Fax No. 516.248.6027 |

Application granted.

SO ORDERED.

_(signature)_

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
       July 27, 2023

<u>Via ECF</u>
The Honorable Philip M. Halpern
United States District Judge for the
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Eduardo Alvarado et al. v. Juan De La Cruz;*
      <u>Docket No.: 22-CV-06509 (PMH)</u>

Dear Judge Halpern:

We represent Plaintiffs Eduardo Alvarado and Gilmer Ardeano in the above-referenced wage and hour action arising under the Fair Labor Standards Act and the New York Labor Law against Defendant Juan De La Cruz, individually, d/b/a United Landscaping Pro. We write to request a two-week extension of the deadline for Plaintiffs to file their default judgment motion that is contained in Court's Order of July 5, 2023 (ECF 26), from August 2, 2023, until August 16, 2023. We make this request because our clients need additional time to review their declarations in support of the motion, and consequently, we will need additional time to prepare the remainder of the motion based on their review. English is neither of our clients' primary language, which has delayed this process. This is Plaintiffs' first request for an extension of this deadline.

We thank the Court for its attention to this matter.

Respectfully submitted,

_(signature)_

Alexander T. Coleman, Esq.
*For the Firm*

To: All Parties *via* ECF